# UNITED STATES DISTRICT COURT
for the

__WESTERN__ DISTRICT OF __OKLAHOMA__

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br>A 2015 Royal Travel Trailer Bearing Oklahoma Tag EKH-589, VIN: 5CZ200R37F1124066, Parked at 1017 N. Waverly Street, Lot #15, Ponca City, OK, a Recreational Vehicle (RV) Park Otherwise Known as Ponca City RV Park | Case No: M-19-317-SM |

## SEARCH AND SEIZURE WARRANT

TO:  Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following Property located in the Western District of Oklahoma *(identify the person or describe property to be searched and give its location)*:

See Attachment A, which is incorporated by reference herein.

I find that the affidavits(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, which is incorporated by reference herein.

**YOU ARE COMMANDED** to execute this warrant on or before 6/25/19 *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Suzanne Mitchell.

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying the later specific date of _____.

Date and time issued: June 11, 2019

City and State: Oklahoma City, Oklahoma

*Judge's signature*

SUZANNE MITCHELL, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13)    Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: M4-19-0005 | Date and time warrant executed: 6/11/2019 AT 1:35 PM | Copy of warrant and inventory left with: COPY SECURED AT THE SCENE |

Inventory made in the presence of:
GERARD DAUPHINAIS

Inventory of the property taken and name of any person(s) seized:

88 Drug exhibits (#117 - #205), to include various schedule III substances. 21 Non-Drug exhibits (#N32 - #N53), to include; six (6) firearms ((2 shotguns/4 rifles), body armor, flash bangs, and approximately 3500 rounds of ammunition (various calibers).

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/20/2019

_____
Executing officer's signature

Jon Cordell TFO TDS
Printed name and title